# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 1:07-cr-10-01 |
| v. | USM No. 13131-040 |
| Dontae Brown | Jeffrey J. O'Hara<br>Defendant's Attorney |

Date of Previous Judgment: August 6, 2007
(Use Date of Last Amended Judgment if Applicable)

### ORDER ADJUDICATING MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and the Court having considered such motion,

**IT IS HEREBY ORDERED** that the motion is:

☐   DENIED.

**[X]**   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___121___ months **is reduced to** ___120___ months.

**IT IS FURTHER ORDERED THAT:**

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

**II.   SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐   The reduced sentence is within the amended guideline range.
☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
**[X]**   Other (explain):

Originally, the defendant received a two-level downward departure based on a 5K1.1 motion by the government and was sentenced to 121 months, which was at the bottom of the guideline range (121 to 151 months). Taking a two-level downward departure into consideration, the new guideline range would be 100 to 125 months. However, the defendant pled to a charge that carries a mandatory minimum sentence of 120 months. Absent an appropriate motion by the government, this Court is without authority to reduce a sentence below the mandatory minimum.

Except as provided above, all provisions of the judgment dated ___August 6, 2007___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: August 20, 2010               /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge